COM.

v.

CONIGLIARO, S.

2809 EDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–46–CR–0001216–2014 (Montgomery)

Affirmed

GOCHIN, D.

v.

FELDMAN, R.

2822 EDA 2016

Superior Court of Pennsylvania.

04/17/2017

Reargument Denied 5/19/2017

2011–25251 (Montgomery)

Affirmed

COM.

v.

TOLLEY, J.

373 MDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–67–CR–0003760–2015 (York)

Affirmed

COM.

v.

NESBITT, A.

599 MDA 2016

Superior Court of Pennsylvania.

04/17/2017

CP–40–CR–0000575–2002, CP–40–CR–0000721–2002, CP–40–CR–0001677–2002, CP–40–CR–0001678–2002 (Luzerne)

Quashed